**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

-v-                                                              **Case No. 6:11-CR-356-ORL-36DAB**

**SHELDON JOEL RAMNARAINE**

_____

**ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 48) entered March 8, 2012, to which the parties have waived the 14 day objection period, the plea of guilty of the Defendant is now accepted and the Defendant is adjudged guilty of Counts One and Two of the Indictment.

**Sentencing is scheduled for June 5, 2012 at 1:30 p.m. before the undersigned.**

**DONE and ORDERED** at Orlando, Florida, this 12th day of March 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services