UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                       CASE NO: 6:11-cr-356-Orl-36TBS

SHELDON JOEL RAMNARAINE

    Defendant.

## ORDER

Pending before the Court is Defendant's Motion to Proceed In Forma Pauperis [on Appeal] and for the Appointment of Appellate Counsel (Doc. 87). Upon due consideration the motion is **GRANTED**.

### I. Procedural History

On March 8, 2012, Defendant pled guilty to the possession and distribution of child pornography (Docs. 1, 45-47). The district judge accepted his plea on March 12, 2012 (Doc. 49) and imposed a sentence which included a term of imprisonment on July 13, 2012 (Docs. 56, 59). Defendant filed a notice of appeal on July 18, 2012 (Doc. 60). He also filed a motion to be declared insolvent, which the Court construed as a motion to proceed in forma pauperis on appeal (Doc. 63). The Government did not respond and the Court granted Defendant's motion (Doc. 63). On April 19, 2013, Defendant's appeal was dismissed because he failed to timely file corrected record excerpts (Doc. 79). On July 18, 2014, he moved to vacate his sentence pursuant to 28 U.S.C. § 2255 on the grounds that both his trial and appellate counsel provided ineffective assistance (Doc. 80). On November 30, 2015, the district judge determined that Defendant was prejudiced by his appellate counsel's failure to timely file corrected record excerpts and

granted Defendant's motion to vacate his sentence on this ground (Doc. 81).[1] The district judge vacated the judgment, re-imposed sentence, and entered a new judgment in the case (Docs. 83, 84). Defendant filed a notice of appeal on December 21, 2015 (Doc. 85). He subsequently filed the instant motion to proceed in forma pauperis on appeal and for the appointment of appellate counsel (Doc. 87).

## II. Discussion

Title 28, United States Code, Section 1915 governs in forma pauperis motions filed in federal court. The statute provides:

> [A]ny court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such [person] prisoner possesses that the person is unable to pay such fees or give security therefor. Such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress.

28 U.S.C. § 1915(a)(1). A litigant's ability to file an appeal without paying court fees is limited by sub-section (a)(3), which states that "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. §1915(a)(3). The Eleventh Circuit has interpreted this to mean that "[in forma pauperis] status should be granted where the appellant is indigent unless 'the trial court certifies in writing that [the appeal] is not taken in good faith.'" Ghee v. Retailers Nat'l Bank, 271 F. App'x 858, 859 (11th Cir. 2008) (emphasis added). To date, the district judge has not certified that Defendant's appeal is not brought in good faith. Likewise, the Government has not opposed the motion and "defers to the decision of the Court on the

---

[1] The district judge dismissed Defendant's other two claims without prejudice (Doc. 81).

- 2 -

matter of indigency and appointment of counsel." (Doc. 87 at 1).   Defendant has filed an affidavit which supports his claim of indigency (Doc. 87-1).

### III. Ruling

Upon consideration of the foregoing, Defendant's motion to proceed on appeal without the prepayment of fees is **GRANTED**.

Defendant's motion to appoint counsel is also **GRANTED**.   Thomas H. Dale, Esq. is **APPOINTED** to represent Defendant for all further purposes related to his appeal.   Mr. Dale is a member in good standing of the Middle District of Florida bar and a member of this court's CJA panel.   The Clerk is directed to **ADD** Mr. Dale to CM/ECF as Counsel of Record.

**DONE** and **ORDERED** in Orlando, Florida on January 14, 2016.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Defendant, Sheldon Joel Ramnaraine
    Thomas H. Dale